UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA B. BALTAZAR,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                    Defendant. | CASE NO.  CV 07-05419 (RZ)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: May 22, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE